

# NUMBER 13-18-00270-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ULLAH INVESTMENTS, LLC,                                    Appellant,

v.

ABRAHAM ARREDONDO AND
JOSE CERVANTES,                                           Appellees.

## On appeal from the County Court at Law No. 1
## of Nueces County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Hinojosa
### Order Per Curiam

This appeal was abated by this Court on August 3, 2018, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal.

The Court hereby orders the parties to file, within ten days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed the
6th day of April, 2020.